IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00644-WDM-CBS

EDWARD J. KERBER, et al.,

    Plaintiffs,

v.

QWEST GROUP LIFE INSURANCE PLAN, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF DEFENDANT PRUDENTIAL ONLY**

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice of defendant Prudential Insurance Company of America in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice as to this defendant only, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on July 18, 2007.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge