IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00644-WDM-CBS

EDWARD J. KERBER,
NELSON B. PHELPS,
JOANNE WEST,
NANCY A. MEISTER,
THOMAS J. INGEMANN, JR.,
Individually, and as Representative of plan participants and
plan beneficiaries of the QWEST GROUP LIFE INSURANCE PLAN,

      Plaintiffs,

v.

QWEST GROUP LIFE INSURANCE PLAN,
QWEST EMPLOYEES BENEFIT COMMITTEE,
QWEST PLAN DESIGN COMMITTEE,
QWEST COMMUNICATIONS INTERNATIONAL, INC.,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Joint and Stipulated Motion to Stay Discovery (*doc. no. 37*) is **GRANTED**. Within 72 hours of receipt of a decision by District Judge Miller on Defendants' Motion to Dismiss Under Rule 12(b)(6) (doc. no. 16), counsel shall contact Magistrate Judge Shaffer's chambers (303.844.2117) to make arrangements for the setting of a telephonic status conference.

**DATED:**    August 22, 2007