IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00644-WDM-CBS

EDWARD J. KERBER,
NELSON B. PHELPS,
JOANNE WEST,
NANCY A. MEISTER,
THOMAS J. INGEMANN, JR.,
Individually, and as Representative of plan participants and
plan beneficiaries of the QWEST GROUP LIFE INSURANCE PLAN,

    Plaintiffs,

v.

QWEST GROUP LIFE INSURANCE PLAN,
QWEST EMPLOYEES BENEFIT COMMITTEE,
QWEST PLAN DESIGN COMMITTEE,
QWEST COMMUNICATIONS INTERNATIONAL, INC.,

## ORDER OF RECUSAL

Magistrate Judge Craig B. Shaffer

    This matter was drawn to me upon the filing of the Complaint on March 30, 2007. Pursuant to the Order of Reference dated April 9, 2008 (doc. # 2), this civil action was referred to the Magistrate Judge to, inter alia, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

    In accordance with 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify himself "in any proceeding in which his impartiality might be reasonably be questioned." In view of recently obtained information, I may have relatives, by marriage, with an interest in one or more of the benefit plans at issue in this case. In order to avoid the appearance of impropriety, I hereby

recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

IT IS ORDERED that the March 13, 2008 telephonic status conference is VACATED. Parties are directed to contact the newly assigned magistrate judge within 72 hours of notice of reassignment to set up a status conference.

DATED at Denver, Colorado, this 4th day of March, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge