# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

# JUDGE WALKER D. MILLER

# COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: March 20, 2008 |
| Court Reporter: Adrienne Whitlow | Time: 40 minutes |

**CASE NO. 06-cv-00644-WDM-KLM**

| Parties | Counsel |
|---|---|
| **EDWARD J. KERBER, et al,** | Curtis Kennedy |
| Plaintiff (s), | |
| vs. | |
| **QWEST GROUP LIFE INSURANCE PLAN,** | Christopher Koenigs<br>Michael Carroll<br>Cindy Delaney<br>Joan Brown |
| Defendant (s). | |

## STATUS CONFERENCE

**9:03 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.

Discussion regarding how this case should proceed.

Page Two
07-cv-00644-WDM-KLM
March 20, 2008

Mr. Kennedy advises that in light of the 48,000 pluss possible class members, he intends to file a second motion for class certification and requests leave to file an amended complaint.

Comments by Mr. Koenigs.

Comments by the Court.

**ORDERED:** Plaintiffs' Amended Motion to Certify Class (Doc #21), filed 7/6/07 is **DENIED WITHOUT PREJUDICE**. Plaintiffs' may file a second Amended Motion to Certify Class by **April 1, 2008.**

**ORDERED:** Plaintiffs' may file their Motion to Amend the Complaint and the Amended Complaint by **April 1, 2008.**

**ORDERED:** Plaintiffs' Motion for Summary Judgment (Doc #49), filed 3/3/08 is **DENIED WITHOUT PREJUDICE**. Plaintiffs' may file an Amended Motion for Summary Judgment by **April 1, 2008.**

**ORDERED:** Defendants' Motion for Extension of Time to File Response/Reply (Doc #57), filed 3/17/08 is **DENIED as MOOT.**

**ORDERED:** Counsel directed to prepare a proposed scheduling order by **April 25, 2008** and schedule a scheduling conference with Magistrate Judge Mix.

Court will advise Magistrate Mix of its rulings at which time it will be determined if the status conference before Judge Mix on April 1, 2008 will proceed.

**9:43 a.m.    COURT IN RECESS**

**Total in court time:      40 minutes**

**Hearing concluded**