IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00644-WDM-KLM

EDWARD J. KERBER,
NELSON B. PHELPS,
JOANNE WEST,
NANCY A. MEISTER,
THOMAS J. INGEMANN, JR.,
MARTHA A. LENSINK,
SAMUEL G. STRIZICH,
Individually, and as Representatives of plan participants and plan beneficiaries of the QWEST GROUP LIFE INSURANCE PLAN,

    Plaintiffs,

v.

QWEST GROUP LIFE INSURANCE PLAN,
QWEST EMPLOYEES BENEFIT COMMITTEE,
QWEST PLAN DESIGN COMMITTEE,
QWEST COMMUNICATIONS INTERNATIONAL, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Qwest's Motion for Leave to File a Two Page Sur-Reply Brief in Opposition to Plaintiffs' Motion to Compel** [Docket No. 103; Filed August 28, 2008] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Defendants' Sur-Reply [Docket No. 105; Filed August 28, 2008] is accepted for filing as of the date of this Order.

    Dated:    August 29, 2008