**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.:07-cv-00644-WDM-KLM** | FTR - Reporter Deck - Courtroom C-204 |
| | Byron G. Rogers United States Courthouse |
| **Date: October 14, 2008** | Courtroom Deputy, Kathleen Finney |

___

EDWARD J. KERBER,                                          Curtis L. Kennedy
NELSON B. PHELPS,
JOANNE WEST,
NANCY A. MEISTER,
THOMAS J. INGEMANN, Jr.
MARTHA A. LENSINK, and
SAMUEL G. STRIZICH,
Individually, and as Representatives of plan participants
and plan beneficiaries of the
  QWEST GROUP LIFE INSURANCE PLAN,

     **Plaintiff(s),**

v.

QWEST GROUP LIFE INSURANCE PLAN,         Michael B. Carroll
QWEST EMPLOYEES BENEFIT COMMITTEE,     Christopher J. Koenigs
QWEST PLAN DESIGN COMMITTEE, and           Leslie Kelly
QWEST COMMUNICATIONS INTERNATIONAL, INC.,

     **Defendant(s).**
___

**COURTROOM MINUTES / MINUTE ORDER**
___

**HEARING: MOTIONS HEARING**
**Court in Session: 11:02 a.m.**
Court calls case. Appearance of counsel.

The Court raises Plaintiff's Motion to Compel Discovery Responses [Docket No. 95, filed 07/23/08] for argument.

Plaintiffs arguments by Curtis L. Kennedy.
Defendant arguments by Michael B. Carroll.

**It is ORDERED:** Plaintiff's MOTION TO COMPEL DISCOVERY RESPONSES [Docket No. 95, filed 07/23/08] is **TAKEN UNDER ADVISEMENT.** The Court will issue a written order in due course.

HEARING CONCLUDES.

**Court in recess: 11:39 a.m.**
Total In-Court Time: 00:37