IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00644-WDM-CBS

EDWARD J. KERBER, et al.,

    Plaintiffs,

v.

QWEST GROUP LIFE INSURANCE PLAN, et al.,

    Defendants.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to file supplemental authority (doc. no. 135) is granted; doc. no. 130 is moot.

Dated: February 9, 2009

                                  s/ Jane Trexler, Judicial Assistant