IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00644-WDM-KLM

EDWARD J. KERBER, et al.,

    Plaintiffs,

v.

QWEST GROUP LIFE INSURANCE PLAN, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Qwest's Motion for Leave to File a Six-Page Brief Addressing New Arguments in Plaintiffs' Motion to Submit Supplemental Authority and Supplemental Exhibit (doc. no. 137) is granted.

Dated: February 17, 2009

                                    s/ LaDonne Bush for Jane Trexler, Judicial Assistant